UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEFFERY TRUMAN KEITH                                                                                    PLAINTIFF

v.                                              No. 2:23-cv-2101

JAIL ADMINISTRATOR JACOB SHOOK                                                            DEFENDANT

## ORDER

The Court has received a report and recommendation ("R&R") (Doc. 10) from Chief United States Magistrate Judge Mark E. Ford. The Magistrate Judge recommends on preservice screening under 28 U.S.C. § 1915A that Plaintiff's case be dismissed for failure to state a claim upon which relief may be granted. No party has objected, and the deadline for objections has passed. The Court has conducted a *de novo* review of the R&R, and finds that it contains no clear error. *See* 28 U.S.C. § 636(b)(1)(C). The report and recommendations is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE. The clerk is directed to place a § 1915(g) strike flag on this case for future judicial consideration. Under 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this dismissal is not taken in good faith. Judgment will be entered accordingly.

IT IS SO ORDERED this 20th day of October, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE